FILED

Jan 21, 2025

KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 24-1254

GLEN ARLAN SEDLACEK,

     Petitioner-Appellant,

v.

ERIC RARDIN, Warden,

     Respondent-Appellee.


Before:  NORRIS, MOORE, and READLER, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.


THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.


**ENTERED BY ORDER OF THE COURT**


Kelly L. Stephens, Clerk