**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 17, 2025

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

> Re:  Case No. 24-1254, *Glen Sedlacek v. Eric Rardin*
>      Originating Case No. 2:23-cv-11899

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Robin L Baker, Case Manager for
Antoinette S. Macon, Case Manager
Direct Dial No. 513-564-7015

cc:  Mr. Glen Arlan Sedlacek
     Ms. Erin S. Shaw

Enclosure

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

_____

No: 24-1254

_____

Filed: March 17, 2025

GLEN ARLAN SEDLACEK

      Petitioner - Appellant

v.

ERIC RARDIN, Warden

      Respondent - Appellee

MANDATE

   Pursuant to the court's disposition that was filed 01/21/2025 the mandate for this case hereby

issues today.

 COSTS:  None